IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENINE DIANE GLENN,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| CARLYN W. COLVIN,<br>Commissioner of the Social<br>Security Administration,<br>Defendant. | : | No. 12-3300 |

FILED
DEC 17 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**J. CURTIS JOYNER, J.**

AND NOW, this 16TH day of December, 2013, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is GRANTED; and

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

_____
J. CURTIS JOYNER, J.

ENTERED
DEC 18 2013
CLERK OF COURT